IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE J. FIEDLER, | ) | 4:08CV3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA | ) | |
| DEPARTMENT OF ROADS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Eugene J. Fiedler, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. ([Filing No. 2.](#)) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

July 14, 2008.                    BY THE COURT:


                                  S/ Joseph F. Bataillon
                                  Chief United States District Judge