IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EUGENE J. FIEDLER,                      )
                                        )
                                        )        4:08CV3144
              Plaintiff,                )
                                        )
       v.                               )
                                        )        ORDER OF DISMISSAL
                                        )
STATE OF NEBRASKA, et al.,              )
                                        )
              Defendants.               )
                                        )

       This matter is before the court on plaintiff's motion to dismiss, Filing No. 16,
defendants Nebraska Association of Public Employees (NAPE ASME), Nebraska Equal
Opportunity Commission, Ombudsman, Dan Nichols, Linda Masek, David Hall, Wayne
Teton, William J. Wood, Jordan Larson, Omar Qudus, Bruce Trautwein, Ted Buri (NAPE
ASME), and Michael Marvin (NAPE ASME),  without prejudice.   The court finds this motion
should be granted.

       THEREFORE, IT IS ORDERED that plaintiff's motion to dismiss without prejudice,
Filing No. 16, is granted as to the above named defendants.

       DATED this 12th day of November, 2008.

                            BY THE COURT:


                            s/ Joseph F. Bataillon
                            Chief District Court Judge