# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EUGENE J. FIEDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:08CV3144** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **STATE OF NEBRASKA DEPARTMENT** | ) | |
| **OF ROADS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court after a telephone planning conference with counsel for the parties on February 23, 2010.  Upon consideration,

**IT IS ORDERED:**

1.      This case is stayed pending resolution of the defendants' motion for summary judgment based on qualified immunity (Filing No. 120).

2.      The parties shall have **ten (10) days** from the date the court rules on the pending motion for summary judgment (Filing No. 120), in which to schedule a telephone planning conference with the court, if necessary.  Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

DATED this 23rd day of February, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge