**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **EUGENE J. FIEDLER,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3144 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **STATE OF NEBRASKA DEPARTMENT OF ROADS, et al.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is hereby scheduled for a telephone conference regarding the status of the case on **December 7, 2010, at 9:00 a.m., Central Standard Time,** with the undersigned magistrate judge. Counsel for the plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 12th day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge